UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA KUZINITS,

                Plaintiff,

-against-

JFS, INC.,

                Defendant.

Case No. 16-CV-03666 (VEC)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between, the undersigned counsel for the parties hereto, that all claims in the above-captioned civil action are dismissed with prejudice with neither party as a prevailing party and with each party to bear its own costs and attorneys' fees incurred in connection with this action.

**IT IS FURTHER STIPULATED, CONSENTED AND AGREED** that a facsimile copy of this Stipulation signed by counsel for the respective parties or separately signed facsimile counterparts shall be deemed as an original.

Dated: New York, New York
       November 21, 2016

_____
Eric Stern
Jonathan Sack
SACK & SACK, LLP
70 East 55th Street, 10th Floor
New York, New York 10022
(212) 702-9702
estern@sackandsack.com
jsack@sackandsack.com

*Attorneys for Plaintiff Melissa Kuzinits*

Dated: New York, New York
       November 28, 2016

_____
Nicholas M. Reiter
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 307-5500
nmreiter@venable.com

*Attorneys for Defendant JFS, Inc.*

15